**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **TITAN LOGISTICS GROUP LLC, *ET AL*.,** ) | |
| ) | **CASE NO.: 3:26-CV-01300** |
| ) | |
| **Plaintiffs,** ) | **JUDGE JEFFREY J. HELMICK** |
| ) | |
| **v.** ) | **NOTICE OF APPEARANCE OF** |
| ) | **COUNSEL FOR DEFENDANT** |
| **BETH TISCHLER, *ET AL*.,** ) | **AQUEELAH A. JORDAN** |
| ) | |
| **Defendants.** ) | |

Defendant Aqueelah A. Jordan hereby gives notice that Gilbert E. Blomgren, Assistant Director of Law for the City of Cleveland Department of Law, hereby submits his Notice of Appearance of Counsel for Defendant Aqueelah A. Jordan.  The parties and the clerk are hereby instructed to serve all notices and correspondence to the attention of the undersigned.

Respectfully submitted,

Mark D. Griffin (0064141)
Director of Law

By:     */s Gilbert E. Blomgren*
   Gilbert E. Blomgren (0065240)
   Assistant Director of Law
   City of Cleveland, Department of Law
   601 Lakeside Avenue, Room 106
   Cleveland, Ohio 44114
   Tel: (216) 664-4190
   E-mail: GBlomgren@clevelandohio.gov

*Attorney for Defendant Aqueelah A. Jordan*

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, I electronically filed a true and accurate copy of the foregoing Notice of Appearance of Counsel.  Parties will receive notification via email and may access a copy of the document through the Court's electronic filing system.

*/s Gilbert E. Blomgren*
Gilbert E. Blomgren (0065240)
*Attorney for Defendant Aqueelah A. Jordan*