UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Titan Logistics Group, LLC, *et al.*,                                        Case No.  3:26-cv-1300

           Plaintiffs,

    v.                                                                                    ORDER

Beth Tischler, *et al.*,

           Defendants.

On June 17, 2026, I ordered Plaintiffs and then-pending proposed intervenor State of Ohio,[1] as well as any Defendant who wished to be heard, to propose next steps in this litigation following the issuance of a temporary restraining order on or before June 19, 2026.  (Doc. No. 25); (*see also* Doc. No. 21).  I have reviewed the parties' submissions and hereby order as follows:

(1)  I conclude I may decide Plaintiffs' motion for a preliminary injunction without holding a second hearing in addition to the June 11, 2026 temporary restraining order hearing.  And I conclude the state's proposed briefing schedule, to which no party has objected, is an appropriate path forward.  (*See* Doc. No. 31 at 1-2).  Therefore, Plaintiffs may submit a supplemental brief in support of their motion for a preliminary injunction on or before June 25, 2026.  The State of Ohio and any Defendants who wish to be heard separately may file a brief in response on or before July 2,

---

[1]  I subsequently granted the state's motion.  (Doc. No. 36).  For the purposes of clarity, I order that the State of Ohio is bounded by the terms of the June 15, 2026 temporary restraining order.

2026, and Plaintiffs may file a brief in reply on or before July 9, 2026.[2] The parties may submit relevant evidence in support of their briefing.

(2) Due to the duration of this briefing schedule, I conclude there is good cause to extend the expiration date of the June 15, 2026 temporary restraining order through July 13, 2026.

(3) The deadline to file an answer or other responsive document as to any Defendant who has not yet done so shall be stayed pending further Order.

(4) Several Defendants argue they should not be required to pay attorneys' fees or costs if Plaintiffs ultimately prevail in this case. (*See* Doc. Nos. 29, 33, and 35). I conclude it would be premature to grant this requested relief at this early stage of the case and deny the requests of Defendants without prejudice.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

---

[2] I again will consider the state's arguments as raised on behalf of all Defendants.