UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Titan Logistics Group, LLC, *et al.*,                    Case No.  3:26-cv-1300

        Plaintiffs,

    v.                                                      JUDGMENT ENTRY


Beth Tischler, *et al.*,

        Defendants.


For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Plaintiffs' motion for a preliminary injunction.  (Doc. No. 2).


So Ordered.


s/ Jeffrey J. Helmick
United States District Judge