UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Titan Logistics Group, LLC, *et al.*,                          Case No.  3:26-cv-1300

           Plaintiffs,

   v.                                                                      JUDGMENT ENTRY

Beth Tischler, *et al.*,

           Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny without prejudice the motions filed by Sarene Craft Beer Distributors Ohio LLC, Crescent Distributions NC, LLC, Delta Beverages Inc., Indigo Papers LLC, Torch Drinks LLC, and Opta Nevada Group LLC, to intervene pursuant to Rule 24, (Doc. No. 40), and to clarify the preliminary injunction order I entered in this case.  (Doc. No. 82).  Further, I deny without prejudice SS Beverages 1, Inc.'s motion to intervene, (Doc. No. 62), and its motion to extend the temporary restraining order to it.  (Doc. No. 63).  And I deny without prejudice the motion of Mile High Cure Corp. and Sky Marketing Corporation to intervene.  (Doc. No. 73).

    So Ordered.

                                  s/ Jeffrey J. Helmick
                                  United States District Judge